UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.   Case No. 2:24-cv-803-SPC-KCD

2020 GMC Sierra 3500 HD,
Vehicle Identification Number
1GT49WEYXLF349435, and
2018 Jaguar F-Pace,
Vehicle Identification Number
SADCM2FV2JA328388
_____/

## JUDGMENT OF FORFEITURE

Before the Court is the United States' Motion for Judgment of Forfeiture. (Doc. 14). The government seeks a judgment of forfeiture for a 2020 GMC Sierra 3500 HD, Vehicle Identification Number 1GT49WEYXLF349435 and a 2018 Jaguar F-Pace, Vehicle Identification Number SADCM2FV2JA328388 (collectively, the "Defendant Vehicles").

The Court finds that the Defendant Vehicles are forfeitable to the United States as they are proceeds of, or traceable to, a wire fraud, in violation of 18 U.S.C. § 1343. As such, they are subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C), which authorizes the United States to civilly forfeit any property that constitutes or is derived from proceeds traceable to a "specified unlawful activity," as defined in 18 U.S.C. § 1956(c)(7). "Specified unlawful

activity" is defined in 18 U.S.C. § 1956(c)(7) to include offenses listed in 18 U.S.C. § 1961(1), which, in turn, includes wire fraud conducted in violation of 18 U.S.C. § 1343. The Court further finds that the Defendant Vehicles are forfeitable to the United States as property involved in money laundering transactions, in violation of 18 U.S.C. § 1957. As such, they are subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)A), which authorizes the forfeiture of any property involved in a transaction in violation of 18 U.S.C. § 1957, or any property traceable to such property.

The Court further finds that the United States properly noticed all parties known to have a potential interest in the Defendant Vehicles. No person or entity has filed either a claim or an answer to the complaint for forfeiture or has otherwise appeared or answered in this regard, and the time to do so has expired.

The Court further finds that the United States filed a Declaration of Publication which reflects that notice of this forfeiture was posted on an official government website (www.forfeiture.gov) for at least 30 consecutive days, from August 7, 2021, through and including September 5, 2021, as required by Rule G(4)(a)(i) & (iv)(C)(3). (Doc. 12).

The Court will thus enter a Judgment of Forfeiture for the Defendant Vehicles.

Accordingly, it is

**ORDERED**:

1. The United States' Motion for Judgment of Forfeiture (Doc. 14) is **GRANTED**.

2. Pursuant to 18 U.S.C. §§ 981(a)(1)(A) and (a)(1)(C), and Rule G, all right, title, and interest in the Defendant Vehicles is hereby **CONDEMNED** and **FORFEITED** to the United States for disposition according to law. Clear title to the Defendant Vehicles is now vested in the United States of America.

3. The Clerk is **DIRECTED** to enter judgment and close this case.

**DONE** and **ORDERED** in Fort Myers, Florida on January 13, 2025.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record